UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00167-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

TERRY RAY GRAVES,

  Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

  The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **September 5, 2006** at **1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the Government's Motion to Dismiss the Information **(#20).**

  Counsel may appear at this hearing by telephone. To appear telephonically, counsel and shall contact Barbara Wagner, at **303-335-2185** no later than two court days before the hearing to make arrangements.

  Dated this 23rd day of August, 2006

                    **BY THE COURT:**

                    *Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge